UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Barnes & Noble, Inc. and
barnesandnoble.com llc,

                Plaintiffs,

-against-

Alcatel-Lucent USA Inc.,

                Defendant.

Civil Action No.: 1:10-cv-05759-GBD

**ECF Case**

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AND DEFENSES RELATED TO U.S. PATENT NO. 6,157,707

**WHEREAS** Barnes & Noble, Inc. and barnesandnoble.com llc ("Barnes & Noble") sought a declaration of noninfringement and invalidity of Alcatel-Lucent USA Inc.'s ("Alcatel-Lucent USA") U.S. Patent No. 6,157,707 ("the '707 patent") in Counts XIII and XIV of its Complaint;

**WHEREAS** Alcatel-Lucent USA asserted a counterclaim for infringement of the '707 patent in Count VI of its Answer and Counterclaim to Barnes & Noble's Complaint;

**WHEREAS** Barnes & Noble has agreed to dismiss with prejudice its cause of action related to infringement of the '707 patent, as set forth in Count XIII of its Complaint;

**WHEREAS** Barnes & Noble has agreed to dismiss without prejudice its cause of action related to the validity of the '707 patent, as set forth in Count XIV of its Complaint;

**WHEREAS** Alcatel-Lucent USA has agreed to dismiss with prejudice its counterclaim related to infringement of the '707 patent, as set forth in Count VI of its Answer and Counterclaim;

**WHEREAS** the parties have agreed to each bear their own costs;

**IT IS HEREBY STIPULATED** that:

1. Count XIII of Barnes & Noble's Complaint shall be dismissed with prejudice;

2. Count XIV of Barnes & Noble's Complaint shall be dismissed without prejudice;

3. Count VI of Alcatel-Lucent USA's Counterclaim shall be dismissed with prejudice;

4. Each party shall bear its own costs.

Dated: August 10, 2012

DICKSTEIN SHAPIRO, LLP

By: _____
Christopher K. Hu
Gerard A. Haddad
Jennifer BianRosa
Joshua P. Jaffe

1633 Broadway
New York, New York 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

**Attorneys for Plaintiff,
Counterclaim Defendant and
Counter-counterclaim Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc**

Dated: August 16, 2012

ROBINS, KAPLAN, MILLER & CIRESI LLP

By: _____
Jan M. Conlin (admitted *pro hac vice*)
Thomas C. Mahlum (admitted *pro hac vice*)
Emmett J. McMahon (admitted *pro hac vice*)

2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500
Facsimile: (612)-339-4181

- and –

Marla Butler
Oren D. Langer

601 Lexington Avenue, 34th Floor
New York, New York 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499

**Attorneys for Defendant,
Counterclaim Plaintiff and
Counter-Counterclaim Defendant
Alcatel-Lucent USA, Inc.**

Dated: _____

SO ORDERED:

*George B. Daniel* (signature)

Hon. George B. Daniels
United States District Judge

3